UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD CHAMBERS, BEVERLY CHAMBERS, DIANE KOWALSKI and DENNIS RENFROE, on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN A. HILL, JAMESON ADKINS BAXTER, CHARLES B. CURTIS, RONALD J. JACKSON, PAUL L. JOSKOW, ELIZABETH T. KENNAN, JOHN H. MULLIN, III, ROBERT E. PATTERSON, GEORGE PUTNAM, III, A.J.C. SMITH, W. THOMAS STEPHENS, W. NICHOLAS THORNDIKE, PUTNAM INVESTMENTS, LLC, PUTNAM INVESTMENT MANAGEMENT, INC., and JOHN DOES NO. 1 through 100,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Case No. CV-05-10061 NMG<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. 41(a), plaintiffs hereby dismiss this action, which has not been certified as a class action, without prejudice.

Dated: February 7, 2005

RESPECTFULLY SUBMITTED,

/s/ David Pastor
David Pastor (BBO #391000)
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Ste. 500
Saugus, Massachusetts 01906
(781) 231-7850
(781) 231-7840 fax


Randall K. Pulliam
BARON & BUDD, P.C.
3102 Oak Lawn Ave.
Suite 1100
Dallas, Texas 75219-4281
(214) 521-3605
(214) 520-1181 fax


J. Allen Carney
Hank Bates
CAULEY BOWMAN CARNEY & WILLIAMS, LLP
11311 Arcade Dr.
Suite 200
Little Rock, Arkansas 72212
(501) 312-8500
(501) 312-8505 fax