UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD CHAMBERS, BEVERLY CHAMBERS, DIANE KOWALSKI and DENNIS RENFROE, on Behalf of Themselves and All Others Similarly Situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>JOHN A. HILL, JAMESON ADKINS BAXTER, CHARLES B. CURTIS, RONALD J. JACKSON, PAUL L. JOSKOW, ELIZABETH T. KENNAN, JOHN H. MULLIN, III, ROBERT E. PATTERSON, GEORGE PUTNAM, III, A.J.C. SMITH, W. THOMAS STEPHENS, W. NICHOLAS THORNDIKE, PUTNAM INVESTMENTS, LLC, PUTNAM INVESTMENT MANAGEMENT, INC., and JOHN DOES NO. 1 through 100,<br><br>   Defendants. | § § § § § § § § § § § § § § § § § § § § § §<br><br>Case No. CV-05-10061 NMG |

## NOTICE OF CHANGE OF ADDRESS

Please take notice of a change of address for Gilman and Pastor, LLP, counsel for the plaintiffs in this action. The new address is the following:

    GILMAN AND PASTOR, LLP
    60 State Street, 37th Floor
    Boston, MA 02109
    Telephone: (617) 742-9700
    Facsimile: (617) 742-9701

Dated: May 26, 2005                                    Respectfully submitted,


/s/ David Pastor
David Pastor (BBO # 391000)
GILMAN AND PASTOR, LLP
60 State Street, 37th Floor
Boston, MA 02109
Telephone: (617) 742-9700
Facsimile: (617) 742-9701

Attorney for Plaintiffs